UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

KAY and GEORGE SULLIVAN,
MICHAEL and KATHLEEN TIRELLI, and
STEVE BONNANO
individually, and on behalf of all others
similarly situated,

                Plaintiffs,

    v.

AGAPE WORLD, INC., NICHOLAS COSMO,
AGAPE MERCHANT ADVANCE LLC, JOHN
DOES 1-2, BANK OF AMERICA, N.A., MF GLOBAL,
INC., TRANSACT FUTURES, ALARON TRADING
CORPORATION, Doing Business As ALARON
FUTURES AND OPTIONS, and XYZ CORPS. 1-10,

                Defendants.

------------------------------------------------------------------- x

09 CV 1274 (LDW)(ETB)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that we are retained by and appear as counsel for defendant MF Global, Inc. in the above-captioned action and demand that all notices and papers herein be served on us at our address given below.

Dated: New York, New York
       April 17, 2009

KATTEN MUCHIN ROSENMAN LLP

By: *[signature]* /BJC
    Anthony L. Paccione (AP-4986)

575 Madison Avenue
New York, NY 10022-2585
Tel:   (212) 940-8800
Fax:  (212) 940-8776
Email: anthony.paccione@kattenlaw.com

*Attorneys for Defendant MF Global, Inc.*