UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

KAY and GEORGE SULLIVAN,
MICHAEL and KATHLEEN TIRELLI, and
STEVE BONNANO
individually, and on behalf of all others
similarly situated,

　　　　　　　　　　Plaintiffs,

　　　v.

AGAPE WORLD, INC., NICHOLAS COSMO,
AGAPE MERCHANT ADVANCE LLC, JOHN
DOES 1-2, BANK OF AMERICA, N.A., MF GLOBAL,
INC., TRANSACT FUTURES, ALARON TRADING
CORPORATION, Doing Business As ALARON
FUTURES AND OPTIONS, and XYZ CORPS. 1-10,

　　　　　　　　　　Defendants.

------------------------------------------------------------------- x

09 CV 1274 (LDW)(ETB)

**NOTICE OF APPEARANCE**

　　　PLEASE TAKE NOTICE that we are retained by and appear as counsel for defendant MF Global, Inc. in the above-captioned action and demand that all notices and papers herein be served on us at our address given below.

Dated: New York, New York
　　　　April 17, 2009

　　　　　　　　　　　　　　　　　　　　KATTEN MUCHIN ROSENMAN LLP

　　　　　　　　　　　　　　　　　　　　By: _/s/ Matthew D. Parrott_ /BLC
　　　　　　　　　　　　　　　　　　　　　　Matthew D. Parrott (MP-4623)

　　　　　　　　　　　　　　　　　　　　575 Madison Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022-2585
　　　　　　　　　　　　　　　　　　　　Tel:　(212) 940-8800
　　　　　　　　　　　　　　　　　　　　Fax:　(212) 940-8776
　　　　　　　　　　　　　　　　　　　　Email: m.parrott@kattenlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant MF Global, Inc.*