UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

KAY and GEORGE SULLIVAN,
MICHAEL and KATHLEEN TIRELLI, and
STEVE BONNANO
individually, and on behalf of all others
similarly situated,

                       Plaintiffs,

      v.

AGAPE WORLD, INC., NICHOLAS COSMO,
AGAPE MERCHANT ADVANCE LLC, JOHN
DOES 1-12, BANK OF AMERICA, N.A., MF
GLOBAL, INC., TRANSACT FUTURES, ALARON
TRADING CORPORATION, Doing Business As
ALARON FUTURES AND OPTIONS, and XYZ
CORPS. 1-10,

                       Defendants.

------------------------------------------------------------------------ x

09 CV 1274 (LDW)(ETB)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for MF Global, Inc. certifies that MF Global, Inc. is an indirect wholly-owned subsidiary of MF Global Ltd. ("MF Global"), which is a publicly held company. Man Group, Plc, a publicly held company, owns more than 10% of the common stock of MF Global.

Dated: New York, New York
       April 21, 2009

                                           KATTEN MUCHIN ROSENMAN LLP

                                           By _[signature]_ /BLC
                                               Anthony L. Paccione (AP-4986)
                                               Matthew D. Parrott (MP-4623)
                                       575 Madison Avenue
                                       New York, NY 10022-2585
                                       (212) 940-8842

                                       *Attorneys for Defendant*
                                       *MF Global, Inc.*