UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

KAY and GEORGE SULLIVAN,
MICHAEL and KATHLEEN TIRELLI, and
STEVE BONNANO
individually, and on behalf of all others
similarly situated,

                Plaintiffs,

v.

AGAPE WORLD, INC., NICHOLAS COSMO, AGAPE
MERCHANT ADVANCE LLC, JOHN DOES 1-12,
BANK OF AMERICA, N.A., MF GLOBAL, INC.,
TRANSACT FUTURES, ALARON TRADING
CORPORATION, Doing Business As ALARON
FUTURES AND OPTIONS, and XYZ CORPS. 1-10,

                Defendants.

------------------------------------------------------------------ x

09 CV 1274 (LDW)(ETB)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that the time by which defendant MF Global, Inc. may move, answer or otherwise respond to the Class Action Complaint herein dated March 26, 2009 shall be extended from April 30, 2009 through and until May 15, 2009. There have been no previous requests for extensions.

Dated: New York, New York
       April 20, 2009

| ZAMANSKY & ASSOCIATES LLC | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| _[signature]_<br>Jacob H. Zamansky (Bar No. JHZ 1999)<br>Attorneys for Plaintiffs<br>50 Broadway, 32nd Floor<br>New York, New York 10004<br>(212) 742-1414 | _[signature]_ /BLC<br>Anthony L. Paccione (AP-4986)<br>Attorneys for Defendant MF Global, Inc.<br>575 Madison Avenue<br>New York, New York 10022<br>(212) 940-8800 |

SO ORDERED:

_____
      U.S.D.J.