UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAY and GEORGE SULLIVAN, MICHAEL and
KATHLEEN TIRELLI, and STEVE BONNANO
individually and on behalf of all others similarly
situated,

         Plaintiffs,

    - against –

AGAPE WORLD, INC., NICHOLAS COSMO,
AGAPE MERCHANT ADVANCE LLC, JOHN
DOES 1-12, BANK OF AMERICA, N.A., MF
GLOBAL, INC., TRANSACT FUTURES,
ALARON TRADING CORPORATION, Doing
Business As ALARON FUTURES AND OPTIONS,
AND XYZ CORPS. 1-10,

         Defendants.

-----------------------------------------------------------------X

Case No. 09 CV 01274 (LDW)(ETB)
(ECF Case)

### RULE 7.1 CORPORATE DISCLOSURE
### STATEMENT OF DEFENDANT BANK OF AMERICA, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1(a), undersigned counsel hereby certifies that defendant Bank of America, N.A. is an indirect, wholly-owned subsidiary of Bank of America Corporation and that no publicly held corporation owns 10% or more of the stock of Bank of America Corporation.

Dated: New York, New York
    April 23, 2009

ARNOLD & PORTER LLP

By: _____
  Michael D. Schissel
399 Park Avenue
New York, New York 10022
(212) 715-1000 (telephone)
(212) 715-1399 (facsimile)

*Attorneys for Defendant Bank of America, N.A.*

# CERTIFICATE OF SERVICE

I, Erik C. Walsh, the undersigned attorney at law duly admitted to practice in the State of New York, affirm that on the 23rd day of April, 2009, I caused the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BANK OF AMERICA, N.A.** to be served by first-class mail on:

>Jacob H. Zamansky, Esq.
>Zamansky & Associates LLC
>50 Broadway, 32nd Floor
>New York, NY 10004
>
>Steven N. Berk, Esq.
>Chavez & Gertler LLP
>1225 Fifteenth Street, NW
>Washington, D.C. 20005
>
>Christopher Seeger, Esq.
>Seeger & Weiss LLP
>One Williams Street
>New York, New York 10004
>
>*Attorneys for Plaintiffs*
>
>Anthony Paccione, Esq.
>Katten Muchin Rosenman LLP
>575 Madison Avenue
>New York, New York 10022
>
>*Attorneys for MF Global, Inc.*
>
>Brian Amery, Esq.
>Bressler, Amery, & Ross, P.C.
>17 State Street
>34th Floor
>New York, New York 10004
>
>*Attorneys for Transact Futures*

_____
Erik C. Walsh