UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KAY and GEORGE SULLIVAN, MICHAEL and KATHLEEN TIRELLI, and STEVE BONNANO individually and on behalf of all others similarly situated,

                      Plaintiffs,

- against –

AGAPE WORLD, INC., NICHOLAS COSMO, AGAPE MERCHANT ADVANCE LLC, JOHN DOES 1-12, BANK OF AMERICA, N.A., MF GLOBAL, INC., TRANSACT FUTURES, ALARON TRADING CORPORATION, Doing Business As ALARON FUTURES AND OPTIONS, AND XYZ CORPS. 1-10,

                      Defendants.

------------------------------------------------------------------X

Case No. 09 CV 01274 (LDW)(ETB)
(ECF Case)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Erik C. Walsh of the firm of Arnold & Porter LLP shall appear as counsel for defendant Bank of America, N.A.

Dated: New York, New York
       April 23, 2009

ARNOLD & PORTER LLP

By: _____
Erik C. Walsh (EW 2765)
399 Park Avenue
New York, New York 10022
(212) 715-1000 (telephone)
(212) 715-1399 (facsimile)
Erik.Walsh@aporter.com

*Attorneys for Defendant
Bank of America, N.A.*

TO:   Jacob H. Zamansky, Esq.
      Zamansky & Associates LLC
      50 Broadway, 32nd Floor
      New York, NY 10004
      Telephone:   (212) 742-1414
      Facsimile:   (212) 742-1177

      Steven N. Berk, Esq.
      Chavez & Gertler LLP
      1225 Fifteenth Street, NW
      Washington, D.C. 20005
      Telephone:   (202) 232-7550
      Facsimile:   (202) 232-7556

      Christopher Seeger, Esq.
      Seeger & Weiss LLP
      One Williams Street
      New York, New York 10004
      Telephone:   (212) 584-0700
      Facsimile:   (212) 584-0799

      *Attorneys for Plaintiffs*

      Anthony Paccione, Esq.
      Katten Muchin Rosenman LLP
      575 Madison Avenue
      New York, New York 10022
      Telephone:   (212) 940-8800
      Facsimile:   (212) 940-8776

      *Attorneys for MF Global, Inc.*

      Brian Amery, Esq.
      Bressler, Amery, & Ross, P.C.
      17 State Street
      34th Floor
      New York, New York 10004
      Telephone:   (212) 425-9300
      Facsimile:   (212) 425-9337

      *Attorneys for Transact Futures*

# CERTIFICATE OF SERVICE

I, Erik C. Walsh, the undersigned attorney at law duly admitted to practice in the State of New York, affirm that on the 23rd day of April, 2009, I caused the foregoing **NOTICE OF APPEARANCE** to be served by first-class mail on:

Jacob H. Zamansky, Esq.
Zamansky & Associates LLC
50 Broadway, 32nd Floor
New York, NY 10004

Steven N. Berk, Esq.
Chavez & Gertler LLP
1225 Fifteenth Street, NW
Washington, D.C. 20005

Christopher Seeger, Esq.
Seeger & Weiss LLP
One Williams Street
New York, New York 10004

*Attorneys for Plaintiffs*

Anthony Paccione, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022

*Attorneys for MF Global, Inc.*

Brian Amery, Esq.
Bressler, Amery, & Ross, P.C.
17 State Street
34th Floor
New York, New York 10004

*Attorneys for Transact Futures*

_____
Erik C. Walsh