# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Kay and George Sullivan, Michael and Kathleen Tirelli, and Steve Bonnano individually, and on behalf of all others similarly situated**<br><br>**Plaintiff,**<br><br>v.<br><br>**Agape World, Inc., Nicholas Cosmo, Agape Merchant Advance LLC, John Does 1-12, Bank Of America, N.A., MF Global, Inc., Transact Futures, Alaron Trading Corporation and XYZ Corps. 1-10,**<br><br>**Defendant.** | **CIVIL ACTION No. 2:09-cv-5125 LDW (ETB)**<br><br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

TO: Bonnie Lynn Chmil, Anhtony L. Paccione, Mattew D. Parrot
**Katten Muchin Rosenman LLP**, 575 Madison Avenue, New York, NY 1002

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Judge Leonard D. Wexler at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of SEEGER WEISS LLP and a member in good standing of the Bar of the State of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

                                                  Respectfully submitted,

                                                  Scott Alan George
                                                  SEEGER WEISS LLP
                                                  1515 Market Street, Suite 1380,
                                                  Philadelphia, PA 19102
                                                  sgeorge@seegerweiss.com
                                                  tel. 215.564.2300