UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KAY and GEORGE SULLIVAN, MICHAEL and
KATHLEEN TIRELLI, and STEVE BONNANO
individually and on behalf of all others similarly
situated,

         Plaintiffs,

- against –

AGAPE WORLD, INC., NICHOLAS COSMO,
AGAPE MERCHANT ADVANCE LLC, JOHN
DOES 1-12, BANK OF AMERICA, N.A., MF
GLOBAL, INC., TRANSACT FUTURES, ALARON
TRADING CORPORATION, Doing Business As
ALARON FUTURES AND OPTIONS, AND XYZ
CORPS. 1-10,

         Defendants.

----------------------------------------------------------------X

Case No. 09 CV 01274
(LDW)(ETB)
(ECF Case)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that Defendant Bank of America, N.A.'s ("BOA's") time to move, answer or otherwise respond to Plaintiffs' Complaint shall be extended from April 27, 2009 up to and including June 10, 2009. This is BOA's first request for an extension. Plaintiffs and BOA do not believe that this extension requires the rescheduling of any other dates already set in this action.

Dated: New York, New York
    April 24, 2009

**ZAMANSKY & ASSOCIATES LLC**

By: _/s/ Jacob H. Zamansky_
Jacob H. Zamansky
Edward H. Glenn, Jr.

50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177

**CHAVEZ & GERTLER LLP**
Steven N. Berk
1225 Fifteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 232-7550
Facsimile: (202) 232-7556

**SEEGER & WEISS LLP**
Christopher Seeger
Stephen Weiss
Scott Alan George
One Williams Street
New York, New York 10004
Telephone: (212) 584-0700

*Attorneys for Plaintiffs*


**ARNOLD & PORTER LLP**

By: _____
Michael D. Schissel
Pamela A. Miller
Erik C. Walsh
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Defendant
Bank of America, N.A.*

**SO ORDERED:**

_____          Dated: _____
Leonard D. Wexler, U.S.D.J.