USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC BONNANT,

        Plaintiff,

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED and MERRILL LYNCH
CAPITAL SERVICES, INC.,

        Defendants.

Civil Action No. 09 Civ. 3007 (RJS)

STIPULATION EXTENDING
TIME TO ANSWER

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED UPON** by the undersigned, attorneys for the parties herein, that the time of Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Capital Services, Inc. to serve their Answer to the Complaint of Plaintiff Marc Bonnant is extended through and including May 4, 2009.

Dated: New York, New York
April 21, 2009

DAVID J. HOFFMAN, ESQ.
One Whitehall Street
Suite 1825
New York, New York 10004
(917) 701-3117
Attorney for Plaintiff
Marc Bonnant

By: _____
    David J. Hoffman

BRESSLER, AMERY & ROSS, P.C.
17 State Street
New York, New York 10004
(212) 425-9300
Attorneys for Defendants Merrill Lynch,
Pierce, Fenner & Smith Incorporated and
Merrill Lynch Capital Services, Inc.

By: _____
    David J. Libowsky

stipulation extending time to answer (1).doc

SO ORDERED:

_____
U.S.D.J.
4/22/09