# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

17 State Street • New York, NY 10004

212.425.9300 • fax 212.425.9337

www.bressler.com

Brian F. Amery
Member

bamery@bressler.com

April 24, 2009

**Via Electronic Filing**
Honorable E. Thomas Boyle, U.S.M.J.
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    **Sullivan et al. v. Agape World, Inc., Nicholas Cosmo, TransAct Futures, et al.**
             **Civil Action No.: 09-CV-1274**

Dear Judge Boyle:

      This firm represents Defendant TransAct Futures in the above referenced matter. We are writing to request an extension of time to file and serve our response to Plaintiffs' Class Action Complaint. The response is currently due on April 28, 2009. This is Defendant TransAct Future's first request for an extension.

      Our adversary has consented to our request for an extension of time to answer or otherwise move until (and including) May 29, 2009. Enclosed please find the Stipulation executed by both parties.

      We thank the Court for its courtesies in this matter.

                                                          Respectfully submitted,

                                                          Brian F. Amery

BFA/bje
Enclosure

    cc:    Jacob H. Zamansky, Esq. (via Email and U.S. Mail)

962266_1

New Jersey   •   New York   •   Florida

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

KAY and GEORGE SULLIVAN,
MICHAEL and KATHLEEN TIRELLI,
and STEVE BONNANO, individually,
and on behalf of all others similarly
situated,

Plaintiffs,

vs.

AGAPE WORLD, INC., NICHOLAS
COSMO, AGAPE MERCHANT
ADVANCE LLC, JOHN DOES 1-12,
BANK OF AMERICA, N.A.,
MF GLOBAL, INC.
TRANSACT FUTURES, ALARON
TRADING CORPORATION, Doing
Business as ALARON FUTURES AND
OPTIONS, and XYZ CORPS. 1-10

Defendants.

Civil Action No.: 09-CV-1274

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT

---

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel, that the time within which defendant TransAct Futures may answer or otherwise move with respect to Plaintiff's Complaint herein dated March 26, 2009 shall be extended through and until May 29, 2009. There have been no previous requests for extensions.

Dated: New York, New York
April 24, 2009

ZAMANSKY & ASSOCIATES

By: _____
Jacob H. Zamansky
50 Broadway, 32nd Floor
New York, New York 10004
Tel 212-742-1414

BRESSLER, AMERY & ROSS, P.C.

By: _____
Brian F. Amery
17 State Street, 34th Floor
New York, New York 10004
Tel 212-425-9300

962224_1

Fax 212-742-1177
jake@zamansky.com
Attorneys for Plaintiffs

Fax 212-425-9337
bamery@bressler.com
Attorneys for Defendant
TransAct Futures

So Ordered:

_____
U.S.D.J.