UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KAY and GEORGE SULLIVAN, MICHAEL and KATHLEEN TIRELLI, and STEVE BONNANO, individually, and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>vs.<br><br>AGAPE WORLD, INC., NICHOLAS COSMO, AGAPE MERCHANT ADVANCE LLC, JOHN DOES 1-12, BANK OF AMERICA, N.A., MF GLOBAL, INC. TRANSACT FUTURES, ALARON TRADING CORPORATION, Doing Business as ALARON FUTURES AND OPTIONS, and XYZ CORPS. 1-10<br><br>**Defendants.** | Civil Action No.: 09-CV-1274<br><br>NOTICE OF APPEARANCE |

---

TO:    Clerk's Office
        United States District Court
        Eastern District of New York
        United States Courthouse
        100 Federal Plaza
        Central Islip, New York 11722-4449

**PLEASE TAKE NOTICE** that Bressler, Amery & Ross, P.C., 17 State Street, New York, New York 10004 (Brian F. Amery appearing) hereby enters its appearance in the above-captioned matter as counsel for Defendant Transact Futures and requests that copies of all notices, pleadings and other papers in this matter be served upon it.

| | |
|---|---|
| Dated: New York, New York<br>       April 24, 2009 | BRESSLER, AMERY & ROSS, P.C.<br>Attorneys for Defendant Transact Futures<br><br>By: /s/*Brian F. Amery*<br>      Brian F. Amery |

962372_1