# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Kay and George Sullivan, Michael and Kathleen Tirelli, and Steve Bonnano individually, and on behalf of all others similarly situated** : : : : : **Plaintiff,** : : **v.** : : **Agape World, Inc., Nicholas Cosmo, Agape Merchant Advance LLC, John Does 1-12, Bank Of America, N.A., MF Global, Inc., Transact Futures, Alaron Trading Corporation and XYZ Corps. 1-10,** : : : : : : : **Defendant.** : | **CIVIL ACTION No. 2:09-cv-1274 LDW (ETB)** **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Scott Alan George, Esq. hereby appears on behalf of all plaintiffs

in the above captioned matter.


Dated: April 28, 2009			SEEGER WEISS LLP

				 /s/
				Scott Alan George
				1515 Market Street, Suite 1380,
				Philadelphia, PA 19102
				sgeorge@seegerweiss.com
				tel. 215.564.2300