UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
KAY and GEORGE SULLIVAN,
MICHAEL and KATHLEEN TIRELLI, and
STEVE BONNANO
individually, and on behalf of all others
similarly situated,

        Plaintiffs,       09 CV 1274 (LDW)(ETB)

  v.            **STIPULATION AND ORDER**

AGAPE WORLD, INC., NICHOLAS COSMO, AGAPE
MERCHANT ADVANCE LLC, JOHN DOES 1-12,
BANK OF AMERICA, N.A., MF GLOBAL, INC.,
TRANSACT FUTURES, ALARON TRADING
CORPORATION, Doing Business As ALARON
FUTURES AND OPTIONS, and XYZ CORPS. 1-10,

        Defendants.
---------------------------------------------------------------- x

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties, that Defendant MF Global, Inc.'s time to move, answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint (the "Amended Complaint") herein dated April 27, 2009 shall be extended from May 18, 2009 up to and including June 10, 2009. There have been no previous requests for extensions with respect to the Amended Complaint.

  The parties previously consented to the extension of Defendant MF Global, Inc.'s time to move, answer or otherwise respond to the originally filed Class Action Complaint herein dated March 26, 2009 from April 30, 2009 up to and including May 15, 2009. This request was granted.

Dated: New York, New York
   May 11, 2009

                ZAMANSKY & ASSOCIATES LLC

                By: _____
                   Jacob H. Zamansky

Edward H. Glenn, Jr.
50 Broadway, 32nd Floor
New York, New York 10004
Tel: (212) 742-1414
Facsimile: (212) 742-1177

**BERK LAW LLC**
Steven N. Berk
1225 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 232-7556
Facsimile: (202) 232-7556

**SEEGER WEISS LLP**
Christopher Seeger
Stephen Weiss
One William Street
New York, New York 10004
Tel: (212) 584-0700
Facsimile: (212) 584-0799

**Attorneys for Plaintiffs**

KATTEN MUCHIN ROSENMAN LLP

By: _____ /BLC
    Anthony L. Paccione
575 Madison Avenue
New York, New York 10022
Tel: (212) 940-8800
Facsimile: (212) 940-8776

**Attorneys for Defendant MF Global, Inc.**

**SO ORDERED:**

_____
Leonard D. Wexler, U.S.D.J.