# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KAY SULLIVAN, GEORGE SULLIVAN, MICHAEL TIRELLI, KATHLEEN TIRELLI AND STEVE BONNANO**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**AGAPE WORLD, INC., NICHOLAS COSMO, AGAPE MERCHANT ADVANCE LLC, JOHN DOES, 1-12, BANK OF AMERICA, N.A., MF GLOBAL, INC. TRANSACT FUTURES, ALARON TRADING CORPORATION and XYZ CORPS. 1-10,**<br><br>Defendants. | CIVIL ACTION No. 2:09-cv-1274 LDW (ETB)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

TO: ALL OPPOSING COUNSEL

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Judge Leonard D. Wexler at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of SEEGER WEISS LLP and a member in good standing of the Bar of the State of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

_____
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102