# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Kay and George Sullivan, Michael and Kathleen Tirelli, and Steve Bonnano individually, and on behalf of all others similarly situated** | : : : : : | **CIVIL ACTION No. 2:09-cv-1274 LDW (ETB)** |
| **Plaintiff,** | : : | **CERTIFICATE OF SERVICE** |
| v. | : : | |
| **Agape World, Inc., Nicholas Cosmo, Agape Merchant Advance LLC, John Does 1-12, Bank Of America, N.A., MF Global, Inc., Transact Futures, Alaron Trading Corporation and XYZ Corps. 1-10,** | : : : : : : : | |
| **Defendant.** | : | |

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My name is Andro Torres and my business address is Seeger Weiss LLP, 1515 Market Street, Suite 1380, Philadelphia, Pennsylvania 19102.

3. I served copies of the following documents (specify the exact title of each document served): NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

Jacob H. Zamansky
Zamansky & Associates
50 Broadway; 32nd Floor
New York, NY 10004

[ X ]  BY FIRST-CLASS MAIL:  On the date set forth below, I deposited such envelope(s) in a mail box regularly maintained by the United States Postal Service in Philadelphia County, Pennsylvania, with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Philadelphia County, Pennsylvania, on May 22, 2009.

*/s/ Andro Torres*
Andro Torres