UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAY and GEORGE SULLIVAN, MICHAEL and KATHLEEN TIRELLI, STEVE BONNANO and ROSEANN M. BOLOGNA, individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>   v.<br><br>AGAPE WORLD, INC., NICHOLAS COSMO, AGAPE MERCHANT ADVANCE LLC, JOHN DOES 1-12, BANK OF AMERICA, N.A., MF GLOBAL, INC.,TRANSACT FUTURES, ALARON TRADING CORPORATION, Doing Business As ALARON FUTURES AND OPTIONS, and XYZ CORPS. 1-10,<br><br>  Defendants. | Civil Action No: 02-cv-1274<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kay and George Sullivan, Kathleen and Michael Tirelli, Steve Bonnano and Roseann Bolgona, by and through their undersigned attorneys, hereby voluntarily dismiss without prejudice the above-captioned action, which was filed on March 26, 2009.

DATED: June 9, 2009

**ZAMANSKY & ASSOCIATES LLC**

_____
Jacob H. Zamansky (Bar No. JZ 1999)
Edward H. Glenn, Jr. (Bar No. EG 0042)
50 Broadway, 32nd Floor
New York, New York 10004
Tel: (212) 742-1414
Facsimile: (212 742-1177

**BERK LAW LLC**
Steven N. Berk
1225 Fifteenth Street, NW
Washington, D.C. 20005
Tel: (202) 232-7550
Facsimile: (202) 232-7556

**SEEGER & WEISS LLP**
Christopher Seeger
Stephen Weiss
Scott Alan George
One Williams Street
New York, New York 10004
Tel: (212) 584-0700

- 1 -